# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

IN THE INTEREST OF  J.D.

NO. 2022 KW 0637

**JUNE 22, 2022**

---

In Re:  J.D., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 4749.

---

**BEFORE:  McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

*a.S.*

DEPUTY CLERK OF COURT
FOR THE COURT